**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

FILED
JUL 2 3 2009
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| PLANETSPACE INC.<br>39 South LaSalle<br>Suite 600<br>Chicago, IL  60603<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>SERVE:<br>      Attorney in Charge of Litigation<br>      U.S. Department of Justice<br>      Civil Division<br>      Commercial Litigation Branch<br>      1100 L St., N.W., 8th Floor<br>      Washington, D.C.  20530<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. **09-476 C**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR THE ENTRY OF A SCHEDULING ORDER

Plaintiff PlanetSpace Inc., respectfully moves that this Court enter the attached scheduling order governing this proceeding.

                                            Respectfully submitted,

                                            */s/*

                                            Steven J. Rosenbaum
                                              *Counsel of Record*
                                            Derron J. Blakely
                                            Covington & Burling LLP
                                            1201 Pennsylvania Avenue, N.W.
                                            Washington, D.C.  20044
                                            (202) 662-5568
                                            (202) 778-5568 fax
                                            srosenbaum@cov.com
                                            *Counsel for Plaintiff*
July 23, 2009                                 *PlanetSpace Inc.*

DC: 3253116-1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| PLANETSPACE INC.<br>39 South LaSalle<br>Suite 600<br>Chicago, IL  60603<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>SERVE:<br>    Attorney in Charge of Litigation<br>    U.S. Department of Justice<br>    Civil Division<br>    Commercial Litigation Branch<br>    1100 L St., N.W., 8th Floor<br>    Washington, D.C.  20530<br><br>      Defendant. | No._____ |

## [PROPOSED] SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule be followed in this proceeding:

- August 3, 2009: Defendant files the Administrative Record with the Court and serves plaintiff's and any intervenors' counsel a copy by hand delivery.

- August 17, 2009: Plaintiff files its motion for judgment upon the administrative record and motion for a permanent injunction.

- September 8, 2009: Defendant and any intervenors file their opposition to plaintiff's motion for judgment upon the administrative record and motion for a permanent injunction. Defendant and any intervenors may file a cross-motion for judgment upon the administrative record at that same time.

- <u>September 22, 2009</u>:  Plaintiff files a reply to Defendant's and any intervenors' opposition, and an opposition to Defendant's and any intervenors' cross-motion (if any).

- <u>October 6, 2009</u>:  Defendant and any intervenors file a reply to plaintiff's opposition (if any).

- <u>As soon thereafter as the Court directs</u>:  Oral argument on the motion(s) will be scheduled on a date convenient to the Court and the parties.

_____                                    _____
Date                                                                                    Judge, United States Court of
                                                                                              Federal Claims

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiff's Motion for Entry of a Scheduling Order, to be served by hand delivery, upon the following person on the 23rd day of July, 2009:

Attorney in Charge of Litigation
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530.

Derron J. Blakely
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.

Washington, D.C. 20044