**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

FILED
JUL 2 3 2009
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| PLANETSPACE INC.<br>39 South LaSalle<br>Suite 600<br>Chicago, IL 60603<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA<br><br>SERVE:<br>  Attorney in Charge of Litigation<br>  U.S. Department of Justice<br>  Civil Division<br>  Commercial Litigation Branch<br>  1100 L St., N.W., 8th Floor<br>  Washington, D.C.  20530<br><br>   Defendant. | No. _____<br><br>**09-476 C** |

**PLANETSPACE CORPORATE DISCLOSURE STATEMENT**

   Pursuant to the RCFC 7.1 Plaintiffs PlanetSpace Inc states that it is an Illinois corporation that has no corporate parent, and that no publicly held corporations own or control 10% or more of PlanetSpace's stock.

- 2 -

        Respectfully submitted,

        /s/ Steven J. Rosenbaum

Steven J. Rosenbaum
*Counsel of Record*
Derron J. Blakely
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20044
(202) 662-5568
(202) 778-5568 fax
srosenbaum@cov.com
*Counsel for Plaintiff*
*PlanetSpace Inc.*

July 23, 2009

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiff's Corporate Disclosure Statement, to be served by hand delivery, upon the following person on the 23rd day of July, 2009:

Attorney in Charge of Litigation
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530

>                                        Derron J. Blakely
>                                        Covington & Burling LLP
>                                        1201 Pennsylvania Avenue, N.W.
>                                        Washington, D.C. 20044