# United States Court of Federal Claims

No. 09-476 C
July 24, 2009

**PlanetSpace Inc.,**

    *Plaintiff*,

v.

**United States of America,**

    *Defendant*,

**Space Exploration Technologies Corporation,**

    *Intervenor*, **and**

**Orbital Sciences Corporation,**

    *Intervenor.*

### ORDER SUMMARIZING INITIAL SCHEDULING CONFERENCE

On July 23, 2009, plaintiff PlanetSpace Inc., ("PlanetSpace") filed the complaint in this post-award procurement protest matter, along with motions for entry of a protective order and a scheduling order.

Subsequently, on July 24, 2009, the court conducted, by telephone, a recorded scheduling conference. During the conference, the court granted oral motions to intervene by counsel for Space Exploration Technologies Corporation ("Space-X") and counsel for Orbital Sciences Corporation ("Orbital").

Pursuant to discussion during today's status conference, it is **ORDERED** as follows:

(1) The respective potential intervenor oral motions of counsel of record for Space-X, and counsel of record for Orbital, are each **GRANTED**. Accordingly, Space-X and Orbital shall each appear in the style of all future filings as an intervenor in this matter.

(2) The court directs the parties to follow the procedures within Appendix C of the Rules of this Court, and to meet to determine the need for, scope of, and proposed language in a Protective Order governing this matter.

(3) Plaintiff's motion for entry of a Scheduling Order is **DENIED**. The court will file a separate Scheduling Order on this date.

**IT IS SO ORDERED.**

                                                    s/ *Lawrence J. Block*
                                                    Lawrence J. Block
                                                    Judge