# United States Court of Federal Claims

No. 09-476 C
July 24, 2009

**PlanetSpace Inc.,**

  *Plaintiff*,

v.

**United States of America,**

  *Defendant*,

**Space Exploration Technologies Corporation,**

  *Intervenor*, and

**Orbital Sciences Corporation,**

  *Intervenor.*

### INITIAL SCHEDULING ORDER

  Pursuant to discussion during today's telephone status conference, the court hereby sets the following deadlines:

  (1) Defendant shall file, by Friday, August 14, 2009, the Administrative Record. Defendant may file the Administrative Record in electronic format, and shall additionally provide two paper copies for the court;

  (2) Plaintiff shall file, by Friday, August 28, 2009, its anticipated Motion for Judgment on the Administrative Record and Motion for Permanent Injunction;

  (3) Defendant and Intervenors shall each file, by Friday, September 18, 2009, their respective Responses to plaintiff's Motion for Judgment on the Administrative Record and Motion for Permanent Injunction, along with any Cross-Motion for Judgment on the Administrative Record;

  (4) Plaintiff shall file, by Friday, October 2, 2009, its Reply supporting its Motion for Judgment on the Administrative Record, along with its Response(s) to any Cross-Motion(s) for Judgment on the Administrative Record;

  (5) Defendant and Intervenors shall each file, by Friday, October 16, 2009, their respective Replies supporting any such Cross-Motion for Judgment on the Administrative Record that they have filed; and

- 2 -

 (6) This court will hear oral argument concerning all Motions for Judgment on the Administrative Record and the Motion for Permanent Injunction at 1:00 pm on Thursday, October 22, 2009, in a courtroom at the United States Court of Federal Claims, in Washington, DC.

**IT IS SO ORDERED.**

s/ *Lawrence J. Block*
Lawrence J. Block
Judge