IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| **PLANETSPACE, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-476 C |
| | ) | (Judge Lawrence J. Block) |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| **SPACE EXPLORATION** | ) | |
| **TECHNOLOGIES CORPORATION,** | ) | |
| | ) | |
| Intervenor, and | ) | |
| | ) | |
| **ORBITAL SCIENCE CORPORATION,** | ) | |
| | ) | |
| Intervenor. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of William G. Kanellis, as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 10132
Washington, D.C.  20530

Attention:  Classification Unit
            8th Floor

                                                                                                                           s/William G. Kanellis
                                                                         William G. Kanellis
                                                                                Trial Attorney
                                                                Commercial Litigation Branch
                                                                             Civil Division
                                                          Telephone:  (202) 353-0526
                                                          Facsimile:  (202) 514-8640
                                                      E-mail:  William.Kanellis@usdoj.gov

Dated: July 28, 2009

CERTIFICATE OF FILING

     I hereby certify that on July 28, 2009 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                        s/William G. Kanellis