IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PLANETSPACE,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>THE UNITED STATES,  )<br>  )<br>   Defendant.  )<br>  )<br>SPACE EXPLORATION  )<br>TECHNOLOGIES CORPORATION,  )<br>  )<br>Intervenor, and  )<br>  )<br>ORBITAL SCIENCE CORPORATION,  )<br>  )<br>Intervenor.  )  | No. 09-476C<br>(Judge Lawrence J. Block) |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Stacey K. Grigsby, as of counsel for the United States.

Service of all papers by opposing parties should be addressed as follows:

Stacey K. Grigsby
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12022
Washington, D.C.  20530

Attention:  Classification Unit
              8th Floor

                                                            s/Stacey K. Grigsby
                                                   STACEY K. GRIGSBY
                                                        Trial Attorney
                                       Commercial Litigation Branch
                                                         Civil Division
                                        Telephone: (202) 514-4151
                                         Facsimile: (202) 514-8624
                                     E-mail: Stacey.Grigsby@usdoj.gov

Dated: July 31, 2009

**CERTIFICATE OF FILING**

I hereby certify that on the 31st day of July, 2009, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

           s/Stacey K. Grigsby