IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| PLANETSPACE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-476 C |
| ) | (Judge Lawrence J. Block) |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| SPACE EXPLORATION ) | |
| TECHNOLOGIES CORPORATION ) | |
| ) | |
| Intervenor, and ) | |
| ) | |
| ORBITAL SCIENCE CORPORATION, ) | |
| ) | |
| Intervenor. ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of William G. Kanellis, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 10132
Washington, D.C.  20530

Attention:  Classification Unit
           8th Floor

s/William G. Kanellis
William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-0526
Facsimile: (202) 514-8640
E-mail: William.Kanellis@usdoj.gov

Dated: August 13, 2009

CERTIFICATE OF FILING

     I hereby certify that on July 28, 2009 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                              s/William G. Kanellis