IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| **PLANETSPACE, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-476 C |
| | ) | (Judge Lawrence J. Block) |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| **SPACE EXPLORATION** | ) | |
| **TECHNOLOGIES CORPORATION,** | ) | |
| | ) | |
| Intervenor, and | ) | |
| | ) | |
| **ORBITAL SCIENCE CORPORATION,** | ) | |
| | ) | |
| Intervenor. | ) | |

## DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, defendant, the United States, provides notice of its filing of the administrative record in this matter.

Pursuant to the Court's instruction, we provide the Court one paper copy of the entire administrative record, two paper copies of "Select Documents from the Administrative Record," and two electronic copies of the entire administrative record on CD-ROM. These copies of the administrative record contain protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter.

Respectfully submitted,

TONY WEST
Assistant Attorney General

                                                JEANNE E. DAVIDSON
                                                Director

                                                s/ Alan Lo Re
                                                ALAN LO RE
                                                Assistant Director

OF COUNSEL:

                                                s/ William G. Kanellis
STACEY K. GRIGSBY              WILLIAM G. KANELLIS
Trial Attorney                      Trial Attorney
                                                Commercial Litigation Branch
                                                Civil Division
                                                Department of Justice
                                                Attn:  Classification Unit,
                                                        8th Floor
                                                1100 L Street, N.W.
                                                Washington, D.C. 20530
                                                Tel:  (202) 353-0526
                                                Fax: (202) 514-8640

Dated: August 13, 2009            Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 13, 2009, a copy of "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 s/William G. Kanellis