IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| PLANETSPACE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-476 C |
| ) | (Judge Lawrence J. Block) |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| SPACE EXPLORATION ) | |
| TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Intervenor, and ) | |
| ) | |
| ORBITAL SCIENCE CORPORATION, ) | |
| ) | |
| Intervenor. ) | |

**DEFENDANT'S NOTICE OF FILING**
**CORRECTIONS TO THE ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, and the Court's Order of August 24, 2009, defendant, the United States, hereby provides notice of its filing additional exhibits to the administrative record.

These exhibits follow numerically the last documents in the existing administrative record, which was filed on August 13, 2009. They are incorporated into the administrative record as follows:

Exhibit 1 is "Tab 184" and begins with bates number 30910.

Exhibit 2 is labeled "Tab 185" and begins with bates number 30954.

Exhibit 3 is labeled "Tab 186" and begins with bates number 30980.

Exhibit 4 is labeled "Tab 187" and begins with bates number 31046.

Exhibit 5 is labeled "Tab 188" and begins with bates number 31120.

Exhibit 6 is labeled "Tab 189" and begins with bates number 31727.

Exhibit 7 is labeled "Tab 190" and begins with bates number 31755.

Pursuant to the Court's instruction, we have delivered to the Clerk's Office on this date two paper copies of these additional exhibits, and an electronic copy of the entire administrative record on CD-ROM. We have also delivered electronic copies of the additional exhibits to the plaintiff and defendant-intervenors. These exhibits contain protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | TONY WEST<br>Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
|  | s/ Alan Lo Re<br>ALAN LO RE<br>Assistant Director |
| OF COUNSEL:<br><br>STACEY K. GRIGSBY<br>Trial Attorney | s/ William G. Kanellis<br>WILLIAM G. KANELLIS<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Attn: Classification Unit,<br>      8th Floor<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 353-0526<br>Fax: (202) 514-8640 |
| Dated: August 26, 2009 | Attorneys for Defendant |

CERTIFICATE OF FILING

I hereby certify that on August 26, 2009, a copy of DEFENDANT'S NOTICE OF FILING CORRECTIONS TO THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

   s/ William G. Kanellis