### IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| PlanetSpace Inc., | ) |
|     Plaintiff, | ) |
| | ) No. 09-476C |
| | ) Judge Block |
| v. | ) |
| United States of America, | ) |
|     Defendant, | ) |
| Space Exploration Technologies Corporation and Orbital Sciences Corporation, | ) |
|     Defendant-Intervenors | ) |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Pursuant to Rule 7(b) of the Rules of United States Court of Federal Claims, Plaintiff PlanetSpace Inc. respectfully requests that this Court grant PlanetSpace leave to supplement the administrative record, filed on August 13, 2009 and corrected on August 21, 2009. Counsel for the Government and for Intervenors Space Exploration Technologies Corp. and Orbital Sciences Corp. have represented that they do not oppose this motion.

PlanetSpace seeks to supplement the administrative record with a 16-page document that it submitted to NASA on October 9, 2008 in connection with the procurement at issue in this matter, attached hereto as Exhibit 1. PlanetSpace understands from counsel for the Government that this document was inadvertently omitted from the administrative record. Because this document reflects correspondence between PlanetSpace and NASA relating to PlanetSpace's proposal, it is relevant to this matter and should be part of the administrative

record.  *See* RCFC, App. C ¶¶ 22(i), (j).  PlanetSpace intends to cite to this document in its Motion for Judgment on the Administrative Record and for Permanent Injunctive Relief, and therefore seeks leave to supplement the administrative record with this inadvertently omitted document.

PlanetSpace proposes that the document be incorporated in the administrative record as follows:  Exhibit 1 will be labeled "Tab 191" and numbered 31772 to 31787.  PlanetSpace also proposes that it file the document under seal, via the Court's electronic filing system.

For these reasons, PlanetSpace respectfully requests that this Court grant PlanetSpace leave to supplement the administrative record to include the inadvertently omitted document referenced above.

                                          Respectfully submitted,

                                          /s Steven J. Rosenbaum
                                          Steven J. Rosenbaum
                                          *Counsel of Record*
                                          Derron J. Blakely
                                          Scott A. Freling
                                          Covington & Burling LLP
                                          1201 Pennsylvania Avenue, N.W.
                                          Washington, D.C.  20044
                                          (202) 662-5568
                                          (202) 778-5568 fax
                                          srosenbaum@cov.com
                                          *Counsel for Plaintiff*
August 28, 2009                         *PlanetSpace Inc.*

- 3 -

## CERTIFICATE OF FILING

      I hereby certify that on the 28th day of August, 2009, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD" was filed electronically.  I understand that notices of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                  /s Steven J. Rosenbaum
                                  Steven J. Rosenbaum