IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| PlanetSpace Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 09-476C |
| ) | Judge Block |
| v. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| Space Exploration Technologies ) | |
| Corporation and Orbital Sciences ) | |
| Corporation, ) | |
| ) | |
| Defendant-Intervenors ) | |
| ) | |

**PLAINTIFF'S NOTICE OF INCORPORATION OF
EXHIBIT INTO THE ADMINISTRATIVE RECORD**

Pursuant to the Court's Order of August 31, 2009, Plaintiff PlanetSpace Inc. hereby provides notice of its filing an additional exhibit as part of the administrative record.

The exhibit, which was attached as Exhibit 1 to PlanetSpace's August 28, 2009 Motion to Supplement the Administrative Record, follows numerically the last document in the existing administrative record, which was filed on August 13, 2009 and corrected on August 21, 2009.  The exhibit is incorporated into the administrative record as "Tab 191," and begins with bates number 31772 and ends with bates number 31787.

The exhibit contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter.

- 1 -

- 2 -

                        Respectfully submitted,

                        <u>s/ Steven J. Rosenbaum</u>
                        Steven J. Rosenbaum
                        *Counsel of Record*
                        Derron J. Blakely
                        Scott A. Freling
                        Covington & Burling LLP
                        1201 Pennsylvania Avenue, N.W.
                        Washington, D.C.  20044
                        (202) 662-5568
                        (202) 778-5568 fax
                        srosenbaum@cov.com

August 31, 2009              *Counsel for Plaintiff PlanetSpace Inc.*