IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| PlanetSpace Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 09-476C |
| ) | Judge Block |
| v. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| Space Exploration Technologies ) | |
| Corporation and Orbital Sciences ) | |
| Corporation, ) | |
| ) | |
| Defendant-Intervenors ) | |
| ) | |

## PLAINTIFF'S NOTICE OF FILING REDACTED DOCUMENTS

Pursuant to the Court's July 30, 2009 Protective Order, Plaintiff PlanetSpace Inc. hereby respectfully provides notice of the filing of the following redacted pleadings:

1. Memorandum In Support Of Plaintiff PlanetSpace Inc.'s Motion for Judgment on the Administrative Record and for Permanent Injunctive Relief

2. Declaration of Michael Bowker

3. Declaration of Chirenjeev Kathuria

4. Declaration of John M. Lounge

As well as two related pleadings that did not require any redactions:

5. Plaintiff's Motion for Judgment on the Administrative Record and for Permanent Injunctive Relief

DC: 3308099-1

6. Proposed Order

We served proposed redacted versions of the foregoing documents on opposing counsel on August 31, 2009, and no party has indicated it has any additional suggested redactions.

Accordingly, PlanetSpace now files the redacted versions of these documents pursuant to the protective order governing this matter.

    Respectfully submitted,

    s/ Steven J. Rosenbaum
    Steven J. Rosenbaum
    *Counsel of Record*
    Derron J. Blakely
    Scott A. Freling
    Covington & Burling LLP
    1201 Pennsylvania Avenue, N.W.
    Washington, D.C.  20044
    (202) 662-5568
    (202) 778-5568 fax
    srosenbaum@cov.com
    *Counsel for Plaintiff*

September 3, 2009    *PlanetSpace Inc.*