# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| **PLANETSPACE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **No. 09-476 C** |
| **THE UNITED STATES OF AMERICA** ) | **(Judge Lawrence J. Block)** |
| ) | |
| **Defendant.** ) | **BID PROTEST** |
| ) | |
| **SPACE EXPLORATION** ) | |
| **TECHNOLOGIES CORPORATION** ) | |
| ) | |
| **Intervenor, and** ) | |
| ) | |
| **ORBITAL SCIENCES CORPORATION** ) | |
| ) | |
| **Intervenor.** ) | |

## INTERVENOR, ORBITAL SCIENCES CORPORATION'S
## MOTION TO CHANGE THE DATE SET FOR ARGUMENT

By Scheduling Order dated July 24, 2009, the Court established the briefing schedule for this bid protest case. The same Order set the argument for a date shortly after conclusion of the briefing -- October 22, 2009.

Counsel of Record of Intervenor, Orbital Sciences Corporation, has a conflict for personal reasons on the date set for argument (and also on the days immediately preceding that date). Orbital hereby respectfully moves the Court to extend the argument date at least until October 23, 2009, or, if convenient for the Court, into the early part of the following week of October 26, 2009.

-2-

      Counsel is authorized to represent that neither the United States or Intervenor, SpaceX object to the change in dates requested in this motion.  Counsel for Protestor, PlanetSpace, does not object to a one-day extension to October 23, but does object to any extension beyond that.  Orbital notes that this protest involves contract awards made in December 2008, and does not involve any request for preliminary injunctive relief.

                                                   Respectfully submitted,

*Of counsel:*
Kevin C. Dwyer
Daniel E. Chudd
Caroline A. Keller
Anna M. Baldwin

JENNER & BLOCK LLP

Dated:  September 10, 2009

David A. Churchill
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
Telephone:  (202) 639-6056
Fax: (202) 637-6360 (protected)

*Counsel of Record for Intervenor,
Orbital Sciences Corporation*