IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PLANETSPACE INC., )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>THE UNITED STATES, )<br>)<br>  Defendant. )<br>)<br>SPACE EXPLORATION )<br>TECHNOLOGIES CORPORATION, )<br>)<br>Intervenor, and )<br>)<br>ORBITAL SCIENCE CORPORATION, )<br>)<br>Intervenor. ) | No. 09-476C<br>(Judge Lawrence J. Block) |

DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW REDACTED VERSION OF
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE
ADMINISTRATIVE RECORD, AND CROSS-MOTION FOR JUDGMENT
<u>UPON THE ADMINISTRATIVE RECORD</u>

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims and in accordance with the protective order entered by this Court on July 30, 2009, defendant, the United States, respectfully requests that this Court grant us leave to withdraw the redacted version of Defendant's Response to Plaintiff's Motion for Judgment Upon the Administrative Record and Cross-Motion for Judgment, filed on September 25, 2009 [Dkt. 50].

It has been brought to counsel's attention that this filing, along with the redacted version of the Response and Cross-Motion for Judgment filed by defendant-intervenor Space Exploration Technologies [Dkt. 53], contains metadata with protected information.  As a result, any person from the public may read the protected information using a relatively simple technical

manipulation. To prevent the disclosure of this information, therefore, the United States respectfully requests leave to withdraw this filing and replace it with an identical version that does not contain the metadata.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | TONY WEST<br>Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
|  | s/ Alan J. Lo Re<br>ALAN J. LO RE<br>Assistant Director |
| OF COUNSEL:<br><br>STACEY K. GRIGSBY<br>Trial Attorney | s/ William G. Kanellis<br>WILLIAM G. KANELLIS<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Attn:  Classification Unit,<br>          8th Floor<br>1100 L Street, N.W.<br>Washington, D.C.  20530<br>Tel:  (202) 353-0526<br>Fax: (202) 514-8640 |
| Dated: October 7, 2009 | Attorneys for Defendant |

**CERTIFICATE OF FILING**

     I hereby certify that on the 8th day of October, 2009, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW REDACTED VERSION OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD, AND CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            s/ Stacey K. Grigsby