IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| PLANETSPACE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION and ORBITAL SCIENCES CORPORATION, <br><br> Defendant-Intervenors. | Civil Action No. 09-476C <br> Judge Lawrence J. Block |

**DEFENDANT-INTERVENOR SPACE EXPLORATION TECHNOLOGIES CORPORATION'S MOTION FOR LEAVE TO WITHDRAW REDACTED VERSION OF DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD, AND CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims and in accordance with the protective order entered by this Court on July 30, 2009, Defendant-Intervenor, Space Exploration Technologies Corporation (SpaceX), respectfully requests that this Court grant it leave to withdraw the redacted version of Defendant-Intervenor's Response to Plaintiff's Motion for Judgment Upon the Administrative Record and Cross-Motion for Judgment, filed on September 28, 2009 [Dkt. 53].

It has been brought to counsel's attention that this filing, along with the redacted version of the Response and Cross-Motion for Judgment filed by Defendant, the United States [Dkt. 50], contains metadata with protected information. As a result, any person from the public may read the protected information using a relatively simple technical manipulation. To prevent

disclosure of this information, therefore, SpaceX respectfully requests leave to withdraw this filing and replace it with an identical version that does not contain the metadata.

Dated: October 8, 2009

Respectfully submitted,

s/ RICHARD J. VACURA
RICHARD J. VACURA
   *Counsel of Record*
KERIC B. CHIN
MARC A. HEARRON
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
McLean, Virginia  22102
Telephone: 703.760.7700
Facsimile: 703.760.7777
E-mail: RVacura@mofo.com

*Counsel for Defendant-Intervenor Space Exploration Technologies Corporation*

## CERTIFICATE OF FILING

I hereby certify that on October 8, 2009, a copy of Defendant-Intervenor Space Exploration Technologies Corporation's Motion for Leave to Withdraw Redacted Version of Defendant-Intervenor's Response To Plaintiff PlanetSpace Inc.'s Motion For Judgment On The Administrative Record And For Permanent Injunctive Relief And Cross-Motion For Judgment On The Administrative Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: October 8, 2009            <u>s/ Richard J. Vacura</u>

va-283964