## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### *Bid Protest*

| | | |
|---|---|---|
| PlanetSpace Inc., | ) | |
| | ) | |
| Plaintiff, | ) | No. 09-476C |
| | ) | Judge Block |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| Space Exploration Technologies Corporation and Orbital Sciences Corporation, | ) | |
| | ) | |
| Defendant-Intervenors | ) | |
| | ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW REDACTED VERSION OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD, AND CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD

Plaintiff PlanetSpace Inc. does not oppose Defendant's motion for leave to withdraw its improperly-redacted document and replace it with a properly-redacted document.

Respectfully submitted,

s/ Steven J. Rosenbaum
Steven J. Rosenbaum
*Counsel of Record*
Derron J. Blakely
Scott A. Freling
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20044
(202) 662-5568
(202) 778-5568 fax
srosenbaum@cov.com

October 8, 2009

*Counsel for Plaintiff PlanetSpace Inc.*