**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
*Bid Protest*

| | | |
|---|---|---|
| PlanetSpace Inc., | ) | |
| | ) | |
| Plaintiff, | ) | No. 09-476C |
| | ) | Judge Block |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| Space Exploration Technologies Corporation and Orbital Sciences Corporation, | ) ) ) | |
| | ) | |
| Defendant-Intervenors | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT-INTERVENOR SPACE EXPLORATION TECHNOLOGIES CORPORATION'S MOTION FOR LEAVE TO WITHDRAW REDACTED VERSION OF DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD, AND CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD**

Plaintiff PlanetSpace Inc. does not oppose Defendant-Intervenor's Space Exploration Technologies Corporation's motion for leave to withdraw its improperly-redacted document and replace it with a properly-redacted document.

                                        Respectfully submitted,

                                        s/ Steven J. Rosenbaum
                                        Steven J. Rosenbaum
                                        *Counsel of Record*
                                        Derron J. Blakely
                                        Scott A. Freling
                                        Covington & Burling LLP
                                        1201 Pennsylvania Avenue, N.W.
                                        Washington, D.C.  20044
                                        (202) 662-5568
                                        (202) 778-5568 fax
                                        srosenbaum@cov.com

October 8, 2009                        *Counsel for Plaintiff PlanetSpace Inc.*

DC: 3340673-2