# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| PlanetSpace Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 09-476C |
| ) | Judge Block |
| v. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| Space Exploration Technologies ) | |
| Corporation and Orbital Sciences ) | |
| Corporation, ) | |
| ) | |
| Defendant-Intervenors ) | |
| ) | |

## PLAINTIFF'S NOTICE OF FILING REDACTED DOCUMENTS AND OF CORRECTION

Pursuant to the Court's July 30, 2009 Protective Order, Plaintiff PlanetSpace Inc. hereby respectfully provides notice of the filing of the following redacted pleadings:

1. Combined Reply Memorandum In Support Of Plaintiff PlanetSpace Inc.'s Motion for Judgment on the Administrative Record and for Permanent Injunctive Relief, and in Opposition to the Government's And Intervenors' Cross-Motions.

2. Second Declaration of Chirenjeev Kathuria.

We served proposed redacted versions of the foregoing documents on opposing counsel on October 5, 2009, and no party has indicated it has any additional suggested redactions.

DC: 3340955-1

In addition, PlanetSpace Inc. advises the Court of a typographical error on Page 30 of the Reply Memorandum.  The last sentence in the second paragraph on Page 30 should read as follows (with the corrected text identified with a double underline):

> Furthermore, the Intervenors do not and cannot complain that they will suffer economic harm for expenditures made to <u>develop</u> their launch systems because they are obligated to develop those systems under their respective COTS agreements, for which they are being paid more than $<u>150</u> million each.

The redacted version of PlanetSpace's Combined memorandum filed herewith reflects this correction.

Accordingly, PlanetSpace now files the redacted versions of these documents pursuant to the protective order governing this matter.

                Respectfully submitted,

                s/ Steven J. Rosenbaum
                Steven J. Rosenbaum
                *Counsel of Record*
                Derron J. Blakely
                Scott A. Freling
                Covington & Burling LLP
                1201 Pennsylvania Avenue, N.W.
                Washington, D.C.  20044
                (202) 662-5568
                (202) 778-5568 fax
                srosenbaum@cov.com
                *Counsel for Plaintiff*
October 8, 2009         *PlanetSpace Inc.*