IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| PLANETSPACE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-476C |
| ) | (Judge Lawrence J. Block) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| SPACE EXPLORATION ) | |
| TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Intervenor, and ) | |
| ) | |
| ORBITAL SCIENCE CORPORATION, ) | |
| ) | |
| Intervenor. ) | |

DEFENDANT'S UNOPPOSED MOTION FOR A STATUS CONFERENCE

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a status conference between the Court and the parties in this litigation. Counsel for plaintiff, PlanetSpace Inc., and counsel for defendants-intervenors, Space Exploration Technologies and Orbital Science Corporation, have represented that they do not oppose this motion.

The United States requests a status conference to review both the logistical and technical details associated with the oral argument in this case scheduled on October 23, 2009. Specifically, the United States would like to discuss the time allotted for each party's argument and the use of courtroom technology. After contacting the parties, it appears that all parties are available for such a conference on the morning of Tuesday, October 13, 2009.

For these reasons, defendant respectfully requests that this Court hold a status conference.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | TONY WEST<br>Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
|  | s/ Alan J. Lo Re<br>ALAN J. LO RE<br>Assistant Director |
| OF COUNSEL:<br><br>STACEY K. GRIGSBY<br>Trial Attorney | s/ William G. Kanellis<br>WILLIAM G. KANELLIS<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Attn:  Classification Unit,<br>        8th Floor<br>1100 L Street, N.W.<br>Washington, D.C.  20530<br>Tel:  (202) 353-0526<br>Fax: (202) 514-8640 |
| Dated: October 8, 2009 | Attorneys for Defendant |

**CERTIFICATE OF FILING**

I hereby certify that on the 8th day of October, 2009, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Stacey K. Grigsby