IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| PLANETSPACE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION and ORBITAL SCIENCES CORPORATION, <br><br> Defendant-Intervenors. | Civil Action No. 09-476C <br> Judge Lawrence J. Block |

**DEFENDANT-INTERVENOR SPACE EXPLORATION TECHNOLOGIES CORPORATION'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD**

Defendant-Intervenor, Space Exploration Technologies Corporation (SpaceX), hereby replies to the response and cross-motion filed by Plaintiff, PlanetSpace, Inc. on October 2, 2009. After reviewing the Government's reply to plaintiff's response and cross-motion, SpaceX has concluded that the Government has fully addressed all protest issues, and SpaceX has no additional comments.

For the reasons set forth in the Government's reply, SpaceX respectfully requests that the Court deny plaintiff's motion for judgment on the administrative record and grant the Government's motion for judgment on the administrative record.

va-284680

Dated: October 16, 2009                    Respectfully submitted,

<div style="margin-left:auto">

s/ RICHARD J. VACURA
RICHARD J. VACURA
   *Counsel of Record*
KERIC B. CHIN
MARC A. HEARRON
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
McLean, Virginia 22102
Telephone: 703.760.7700
Facsimile: 703.760.7777
E-mail: RVacura@mofo.com

*Counsel for Defendant-Intervenor
Space Exploration Technologies
Corporation*

</div>

va-284680

# CERTIFICATE OF FILING

I hereby certify that on October 16, 2009, a copy of Defendant-Intervenor Space Exploration Technologies Corporation's Reply in Support of Its Cross-Motion for Judgment on the Administrative Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: October 16, 2009                            s/ Richard J. Vacura

va-284680