# United States Court of Federal Claims

No. 09-476 C
October 19, 2009

**PlanetSpace Inc.,**

    *Plaintiff*,

v.

**United States of America,**

    *Defendant*,

**Space Exploration Technologies Corporation,**

    *Intervenor*, and

**Orbital Sciences Corporation,**

    *Intervenor.*

### ORDER RESCHEDULING ORAL ARGUMENT

    Due to the novel and complex issues of law presented in this case and the court's own scheduling conflicts, the court believes it is necessary to delay oral argument on the parties' cross-motions for judgment on the administrative record.  Accordingly, the ORAL ARGUMENT of Friday, October 23, 2009, as scheduled by the September 19, 2009 Order Rescheduling Argument, is hereby RESCHEDULED.  Oral argument shall be conducted on Tuesday, November 10, 2009, at 1:00 p.m., in an electronic courtroom at the United States Court of Federal Claims.

    **IT IS SO ORDERED.**

                                                      s/ *Lawrence J. Block*
                                                      Lawrence J. Block
                                                      Judge