# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PLANETSPACE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 09-476 C |
| | ) (Judge Lawrence J. Block) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) BID PROTEST |
| Defendant, | ) |
| | ) |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION, | ) |
| | ) |
| Intervenor, and | ) |
| | ) |
| ORBITAL SCIENCE CORPORATION, | ) |
| | ) |
| Intervenor. | ) |

## DEFENDANT'S RESPONSE TO COURT ORDER DATED OCTOBER 27, 2009

Pursuant to this Court's opinion and order dated October 27, 2009, defendant, the United States, has reviewed the Court's sealed order of October 26, 2009, and does not request the redaction of any information contained therein.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Alan Lo Re
ALAN LO RE
Assistant Director

| | |
|---|---|
| OF COUNSEL: | s/ William G. Kanellis |
| | WILLIAM G. KANELLIS |
| STACEY K. GRIGSBY | Trial Attorney |
| Trial Attorney | Commercial Litigation Branch |
| | Civil Division |
| VINCENT A. SALGADO | Department of Justice |
| Senior Attorney | 8th Floor |
| Office of General Counsel | 1100 L Street, N.W. |
| NASA Headquarters | Washington, D.C. 20530 |
| | Telephone:   (202) 353-0526 |
| | Facsimiile:   (202) 514-8640 |
| Dated: October 30, 2009 | Attorneys for Defendant |

CERTIFICATE OF FILING

I hereby certify that on October 30, 2009, a copy of "DEFENDANT'S RESPONSE TO COURT ORDER DATED OCTOBER 27, 2009" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/William G. Kanellis