# United States Court of Federal Claims

No. 09-476 C
November 12, 2009

**PlanetSpace Inc.,**

    *Plaintiff*,

v.

**United States of America,**

    *Defendant*,

**Space Exploration Technologies Corporation,**

    *Intervenor*, **and**

**Orbital Sciences Corporation,**

    *Intervenor.*

## ORDER

On November 10, 2009, the court conducted a hearing on various pending motions in the above-captioned case.  Thereafter, on November 11, 2009, to address an issue the court raised at the hearing, plaintiff filed a motion for leave to file a supplemental pleading.  The moving papers contained the proposed supplemental pleading.

Pursuant to Rule 15(d) of the RULES OF THE COURT OF FEDERAL CLAIMS, the court hereby grants plaintiff's motion for leave to file a supplemental pleading and deems the pleading filed.  Defendant and intervenors are ordered to submit any response to the admitted supplemental pleading by November 19, 2009.  No reply to the response shall be permitted.

    **IT IS SO ORDERED.**

                                                    s/ *Lawrence J. Block*
                                                    Lawrence J. Block
                                                    Judge