**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
*Bid Protest*

| | |
|---|---|
| PlanetSpace Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 09-476C |
| ) | Judge Block |
| v. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| Space Exploration Technologies ) | |
| Corporation and Orbital Sciences ) | |
| Corporation, ) | |
| ) | |
| Defendant-Intervenors ) | |
| ) | |

## PLAINTIFF'S NOTICE OF FILING DOCUMENT PREVIOUSLY FILED UNDER SEAL

Pursuant to the Court's July 30, 2009 Protective Order, Plaintiff PlanetSpace Inc. hereby respectfully provides notice of the filing of the following pleading previously filed under seal: Motion for Leave to File Supplemental Pleading to Address Specific Issue Raised by the Court at the November 10, 2009 Oral Argument.

PlanetSpace originally filed this document under seal because it quoted from parts of the Administrative Record that had been filed under seal. We consulted with opposing counsel on November 12, 2009, and none has indicated that any redactions need in fact be made.

DC: 3378683-1

2

Accordingly, PlanetSpace now files this publicly available pleading pursuant to the protective order governing this matter.

          Respectfully submitted,

          s/ Steven J. Rosenbaum
          Steven J. Rosenbaum
          *Counsel of Record*
          Derron J. Blakely
          Scott A. Freling
          Covington & Burling LLP
          1201 Pennsylvania Avenue, N.W.
          Washington, D.C.  20044
          (202) 662-5568
          (202) 778-5568 fax
          srosenbaum@cov.com
          *Counsel for Plaintiff*
November 17, 2009          *PlanetSpace Inc.*