## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### (BID PROTEST)

| | |
|---|---|
| PlanetSpace, Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| The United States, | ) Case No. 09-476C ) Judge Block |
| Defendant. | ) ) |
| Space Exploration Technologies Corporation and Orbital Sciences Corporation, | ) ) ) ) |
| Defendant-Intervenors | ) ) ) |

### NOTICE OF INTENT TO REDACT

Intervenor Orbital Sciences Corporation hereby notices its intent to file a redacted hearing transcript by December 21, 2009.

Respectfully submitted,

/s David A. Churchill
David A. Churchill
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6056
Fax: (202) 637-6360 (protected)

*Of counsel:*
Kevin C. Dwyer
Daniel E. Chudd
Caroline A. Keller
Anna M. Baldwin

JENNER & BLOCK LLP

*Counsel of Record for Intervenor, Orbital Sciences Corporation*

Dated: December 1, 2009