IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| PLANETSPACE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-476 C |
| ) | (Judge Lawrence J. Block) |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| SPACE EXPLORATION ) | |
| TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Intervenor, and ) | |
| ) | |
| ORBITAL SCIENCE CORPORATION, ) | |
| ) | |
| Intervenor. ) | |

**DEFENDANT'S NOTICE OF FILING**

Pursuant to the Court's order, dated April 9, 2010, defendant, the United States, provides notice of its filing of an agreed-upon redacted version of its Cross-Motion for Judgment upon the Administrative Record (attached). Counsel for plaintiff, PlanetSpace, Inc., as well as intervenors Space Exploration Technologies Corporation and Orbital Science Corporation have represented that they do not oppose these redactions.

    Respectfully submitted,

    TONY WEST
    Assistant Attorney General

    JEANNE E. DAVIDSON
    Director

    s/ Alan J. Lo Re
    ALAN J. LO RE
    Assistant Director

OF COUNSEL:

STACEY K. GRIGSBY
Trial Attorney

Dated: April 16, 2010

s/ William G. Kanellis
WILLIAM G. KANELLIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn:  Classification Unit,
       8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel:  (202) 353-0526
Fax: (202) 514-8640

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 16, 2010, a copy of "DEFENDANT'S NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 s/ Stacey K. Grigsby