IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| PLANETSPACE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION and ORBITAL SCIENCES CORPORATION, <br><br> Defendant-Intervenors. | Civil Action No. 09-476C <br> Judge Lawrence J. Block |

**DEFENDANT-INTERVENOR SPACE EXPLORATION TECHNOLOGIES CORPORATION'S NOTICE OF FILING**

Pursuant to the Court's Order, dated April 9, 2010, Defendant-Intervenor, Space Exploration Technologies Corporation (SpaceX), provides notice of its filing of an agreed-upon redacted version of its Cross-Motion for Judgment upon the Administrative Record (attached). Counsel for Plaintiff, PlanetSpace, Inc., as well as defendant, the United States, and Intervenor Orbital Sciences Corporation have represented that they do not oppose these redactions.

Dated: April 16, 2010

Respectfully submitted,

s/ RICHARD J. VACURA
RICHARD J. VACURA
   *Counsel of Record*
KERIC B. CHIN
MARC A. HEARRON
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
McLean, Virginia 22102
Telephone: 703.760.7700
Facsimile: 703.760.7777
E-mail: RVacura@mofo.com

*Counsel for Defendant-Intervenor Space Exploration Technologies Corporation*

va-299882

## CERTIFICATE OF FILING

I hereby certify that on October 16, 2009, a copy of Defendant-Intervenor Space Exploration Technologies Corporation's Notice of Filing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: April 16, 2010                                         s/ Richard J. Vacura

va-299882