## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| PLANETSPACE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-476 C |
| ) | (Judge Lawrence J. Block) |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| SPACE EXPLORATION ) | |
| TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Intervenor, and ) | |
| ) | |
| ORBITAL SCIENCE CORPORATION, ) | |
| ) | |
| Intervenor. ) | |

## DEFENDANT'S NOTICE OF FILING

Pursuant to the Court's opinion and order, dated April 6, 2010, defendant, the United States, provides notice of its filing of the source selection authority's declaration concerning counts one and two of plaintiff's complaint. This declaration contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter

Respectfully submitted,

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT          \
Assistant Director

OF COUNSEL:

STACEY K. GRIGSBY
Trial Attorney

s/ William G. Kanellis
WILLIAM G. KANELLIS
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn:  Classification Unit,
       8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel:  (202) 353-0526
Fax: (202) 514-8640

Dated: May 3, 2010

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 3, 2010, a copy of "DEFENDANT'S NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 s/ Stacey K. Grigsby