**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
*Bid Protest*

| | |
|---|---|
| PlanetSpace Inc., ) | |
|             ) | |
| Plaintiff, ) | |
|             ) | No. 09-476C |
|             ) | Judge Block |
| v. ) | |
|             ) | |
| United States of America, ) | |
|             ) | |
| Defendant, ) | |
|             ) | |
| Space Exploration Technologies ) | |
| Corporation and Orbital Sciences ) | |
| Corporation, ) | |
|             ) | |
| Defendant-Intervenors ) | |
|             ) | |

**JOIN<u>T STATUS REPORT
AND PROPOSED SCHEDULE</u>**

Pursuant to this Court's April 6, 2010 memorandum opinion and order, Plaintiff PlanetSpace submits on behalf of itself and, with permission, on behalf of Defendant United States and Defendant-Intervenors Space Exploration Technologies Corporation and Orbital Sciences Corporation, the following Joint Status Report and Proposed Schedule.

Pursuant to the Court's April 6, 2010 memorandum opinion and order, Mr. William Gerstenmaier on May 3, 2010 filed a declaration. The parties have agreed that there should be two sets of simultaneous briefings with respect to that declaration. However, the parties have not reached agreement as to the appropriate dates for those briefings, or the page limit for the defendant-intervenors' briefs. We have accordingly set forth below the briefings that all parties agree should take place, as well as the dates

DC: 3557560-1

and page limits for those briefings as proposed by plaintiff on the one hand, and by defendant and defendant-intervenors on the other hand.

- May 21, 2010 (Plaintiff's proposed deadline) **OR** June 14, 2010 (Defendant and Defendant-Intervenors' proposed deadline) -- Each party shall file a supplemental memorandum in support of its respective motion or cross motion for judgment on the administrative record, addressing the issues raised by the Declaration of William Gerstenmaier. Plaintiff's and Defendant's supplemental memoranda will each be limited to 15 pages, and Defendant-Intervenors' supplemental memoranda will each be limited to 10 pages (Plaintiff's proposed page limit) **OR** 15 pages (Defendant and Defendant-Intervenors' proposed page limit).

- June 1, 2010 (Plaintiff's proposed deadline) **OR** June 28, 2010 (Defendant and Defendant-Intervenors' proposed deadline) -- Each party shall file a response to the supplemental memoranda filed by the opposing party or parties.  Plaintiff's and Defendant's responsive memoranda will be limited to 15 pages, and Defendant-Intervernors' responsive memoranda will each be limited to 10 pages (Plaintiff's proposed page limit) **OR** 15 pages (Defendant and Defendant-Intervenors' proposed page limit).

Oral argument with respect to these supplemental and responsive memoranda will be held if the Court so desires.

                                                Respectfully submitted,

                                                s/ Steven J. Rosenbaum
                                                Steven J. Rosenbaum
                                                *Counsel of Record*
                                                Derron J. Blakely
                                                Scott A. Freling
                                                Covington & Burling LLP
                                                1201 Pennsylvania Avenue, N.W.
                                                Washington, D.C.  20044
                                                (202) 662-5568
                                                (202) 778-5568 fax
                                                srosenbaum@cov.com

May 10, 2010                                      *Counsel for Plaintiff PlanetSpace Inc.*