# United States Court of Federal Claims

No. 09-476 C
May 24, 2010

**PlanetSpace Inc.,**

    *Plaintiff*,

v.

**United States of America,**

    *Defendant*,

**Space Exploration Technologies Corporation,**

    *Intervenor*, and

**Orbital Sciences Corporation,**

    *Intervenor*.

## ORDER

On February 2, 2010, plaintiff filed a motion for leave to file a supplemental pleading, "to inform the [c]ourt of recent developments"—namely, certain details of President Obama's budget proposal for FY2011—that plaintiff argued were "relevant to the 'public interest' component of [its] request for injunctive relief." Pl.'s Mot. at 1. Relevant or not, the court notes that a budget proposal is just that: Congress has plenary authority to augment, reduce, reallocate or otherwise alter any budget proposal from the executive branch. *See* U.S. Const. art. I. Until the President's proposed budget is signed into law, plaintiff's motion is entirely premature. Accordingly, the motion is DENIED.

    **IT IS SO ORDERED.**

                                                   s/*Lawrence J. Block*
                                                  Lawrence J. Block
                                                  Judge