IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| PLANETSPACE, INC., <br><br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION and ORBITAL SCIENCES CORPORATION, <br><br> Defendant-Intervenors. | Civil Action No. 09-476C <br> Senior Judge Lawrence J. Block |

### DEFENDANT-INTERVENOR SPACE EXPLORATION TECHNOLOGIES CORPORATION'S REPLY MEMORANDUM RELATING TO THE SOURCE SELECTION AUTHORITY'S DECLARATION

Defendant-Intervenor, Space Exploration Technologies Corporation (SpaceX), hereby submits this reply memorandum regarding the effect of statements contained in the May 3, 2010 declaration of William Gerstenmaier upon the Court's consideration of Counts I and II of plaintiff's complaint. After reviewing the Government's memorandum in response to plaintiff's June 14, 2010 filing, SpaceX has concluded that the Government has fully addressed all protest issues, and SpaceX has no additional comments.

For the reasons set forth in the Government's June 28 and June 14 memoranda, SpaceX respectfully requests that the Court deny plaintiff's motion for judgment on the administrative record and grant the Government's cross-motion for judgment on the administrative record.

va-304644

Dated: June 28, 2010

Respectfully submitted,

s/ RICHARD J. VACURA
RICHARD J. VACURA
   *Counsel of Record*
KERIC B. CHIN
MARC A. HEARRON
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
McLean, Virginia 22102
Telephone: 703.760.7700
Facsimile: 703.760.7777
E-mail: RVacura@mofo.com

*Counsel for Defendant-Intervenor Space Exploration Technologies Corporation*

va-304644

## CERTIFICATE OF FILING

I hereby certify that on June 28, 2010, a copy of Defendant-Intervenor Space Exploration Technologies Corporation's Reply Memorandum Relating To The Source Selection Authority's Declaration was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated:  June 28, 2010                                  s/ Richard J. Vacura

va-304644