**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **PLANETSPACE, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 09-476 C |
| ) | (Judge Lawrence J. Block) |
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| **SPACE EXPLORATION** ) | |
| **TECHNOLOGIES CORPORATION** ) | |
| ) | |
| **Intervenor, and** ) | |
| ) | |
| **ORBITAL SCIENCE CORPORATION,** ) | |
| ) | |
| **Intervenor.** ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Elizabeth A. Speck, as attorney of record for the United States. I am replacing William G. Kanellis as principal attorney. Service of all papers by opposing parties should be addressed as follows:

Elizabeth A. Speck
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11060
Washington, D.C. 20530

Attention:  Classification Unit
              8th Floor

      <u>s/Elizabeth A. Speck</u>
Elizabeth A. Speck
Trial Attorney
Commercial Litigation Branch
Civil Division
TELEPHONE: (202) 307-0369
FACSIMILE: (202) 353-7988
E-mail: Elizabeth.Speck@usdoj.gov

<u>CERTIFICATE OF FILING</u>

I hereby certify that on September 10, 2010 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Elizabeth A. Speck</u>