## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### *Bid Protest*

_____

| | | |
|---|---|---|
| PlanetSpace Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 09-476C |
| | ) | Judge Block |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| Space Exploration Technologies | ) | |
| Corporation and Orbital Sciences | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant-Intervenors | ) | |

_____)

### PLAINTIFF'S NOTICE OF FILING
### DOCUMENT PREVIOUSLY FILED UNDER SEAL

Pursuant to the Court's July 30, 2009 Protective Order, Plaintiff PlanetSpace Inc. hereby respectfully provides notice of the filing of the following pleading previously filed under seal:  Motion for Leave to File Supplemental Pleading to Inform the Court of Developments Bearing on the Public Interest and to Plaintiff's Request for Injunctive Relief (Dckt. # 113).

PlanetSpace originally filed this document under seal because it quoted from parts of the Administrative Record that had been filed under seal.  We subsequently consulted with opposing counsel, and each has indicated that the pleading may be filed publicly without any redaction.

Accordingly, PlanetSpace now files this publicly available pleading pursuant to the protective order governing this matter.

Respectfully submitted,

s/ Steven J. Rosenbaum
Steven J. Rosenbaum
*Counsel of Record*
Scott A. Freling
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20044
(202) 662-5568
(202) 778-5568 fax
srosenbaum@cov.com
*Counsel for Plaintiff*
October 12, 2010                                      *PlanetSpace Inc.*