IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| PlanetSpace Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 09-476C |
| ) | Judge Block |
| v. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| Space Exploration Technologies ) | |
| Corporation and Orbital Sciences ) | |
| Corporation, ) | |
| ) | |
| Defendant-Intervenors ) | |
| ) | |

**PLAINTIFF'S NOTICE OF FILING
DOCUMENT PREVIOUSLY FILED UNDER SEAL**

Pursuant to the Court's July 30, 2009 Protective Order, Plaintiff PlanetSpace Inc. hereby respectfully provides notice of the filing of the following pleading previously filed under seal: Plaintiff's Reply in Support of its Motion for Leave to File a Supplemental Pleading to Inform the Court of Developments Bearing on the Public Interest and to Plaintiff's Request for Injunctive Relief (Dckt. # 116).

PlanetSpace originally filed this document under seal because it quoted from parts of a pleading that had been filed under seal. We consulted with opposing counsel on November 1, 2010, and none has indicated that any redactions need in fact be made.

Accordingly, PlanetSpace now files this publicly available pleading pursuant to the protective order governing this matter.

DC: 3785568-2

2

          Respectfully submitted,

          s/ Steven J. Rosenbaum
          Steven J. Rosenbaum
          *Counsel of Record*
          Scott A. Freling
          Covington & Burling LLP
          1201 Pennsylvania Avenue, N.W.
          Washington, D.C.  20004
          (202) 662-5568
          (202) 778-5568 fax
          srosenbaum@cov.com

November 4, 2010          *Counsel for Plaintiff PlanetSpace Inc.*