# In the United States Court of Federal Claims

No. 09-476 C

**PLANETSPACE INC.,**
        **Plaintiff,**

   v.

**JUDGMENT**

**THE UNITED STATES,**
        **Defendant,**
   and

**SPACE EXPLORATION TECHNOLOGIES CORP.,**
        **Intervenor,**
   and

**ORBITAL SCIENCES CORPORATION,**
        **Intervenor.**

Pursuant to the court's Opinion and Order, filed December 8, 2010,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant.

                                                   Hazel C. Keahey
                                                   Clerk of Court

**December 10, 2010**                  By:    s/Lisa L. Reyes

                                                   Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $455.00.